IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| QUANTION LLC, § | |
|   *Plaintiff,* § | |
| § | |
| v. § | NO.   MO:25-CV-00014 |
| § | |
| HILTON WORLWIDE HOLDINGS INC., § | |
|   *Defendant.* § | |

## ORDER

    Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc 11) filed March 11, 2025. In its notice, Plaintiffs indicate voluntarily dismissing claims against the Defendant without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*).  Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).  Each party shall bear its own costs, expenses, and attorney fees. All pending motions are **DENIED** as **MOOT**.

    The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

    It is so **ORDERED**.

    SIGNED this 12th day of March, 2025.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE